[This opinion has been published in *Ohio Official Reports* at 71 Ohio St.3d 608.]

JOHNSTON, ADMR., APPELLANT, *v.* UNIVERSITY MEDNET ET AL., APPELLEES.

[Cite as *Johnston v. Univ. Mednet*, 1995-Ohio-1.]

*Medical malpractice—Liability insurance—Evidence—Commonality of insurance interests between defendant and expert witness outweighs any potential prejudice evidence of insurance might cause—Evid.R. 411, applied.*

(No. 94-2066—Submitted January 10, 1995—Decided March 15, 1995.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 65623.

———————————

*Michael F. Becker Co., L.P.A., Michael F. Becker* and *Jeanne M. Tosti*, for appellant.

*Jacobson, Maynard, Tuschman & Kalur, John V. Jackson II, Joseph A. Farchione* and *Douglas G. Leak*, for appellees.

———————————

{¶ 1} The discretionary appeal is allowed. The judgment of the court of appeals is reversed, and the cause is remanded to the trial court on the authority of Ede v. Atrium S. OB-GYN, Inc. (1994), 71 Ohio St.3d 124, 642 N.E.2d 365.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents for the reasons stated in his dissenting opinion in *Ede v. Atrium S. OB-GYN, Inc.* (1994), 71 Ohio St.3d 124, 128-131, 642 N.E.2d 365, 369-370.

COOK, J., dissents.

———————————